William A. Rossbach
ROSSBACH HART, P.C.
401 North Washington Street
Missoula, MT 59807
Phone: (406) 543-5156
bill@rossbachlaw.com

Amy Radon
Leslie A. Bailey
PUBLIC JUSTICE, P.C.
555 Twelfth Street, Suite 1230
Oakland, CA 94607
Phone: (510) 622-8150
aradon@publicjustice.net
lbailey@publicjustice.net
(*Pro hac vice* admissions pending)

Richard Ramler
RAMLER LAW OFFICE, P.C.
202 West Madison Ave.
Belgrade, MT 59714
Phone: (406) 388-0150
RichardRamler@aol.com

*Attorneys for Richard Barber*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| LOUIS ALEKSICH, RAINELLE ALEKSICH, and BRENT ALEKSICH, <br><br> Plaintiffs, <br><br> RICHARD BARBER, <br><br> Intervenor, <br><br> vs. <br><br> REMINGTON ARMS CO., INC., and E. I. DuPONT DE NEMOURS & CO., <br><br> Defendants. | Cause No. CV-91-5-BU-PGH <br><br><br> **RICHARD BARBER'S MOTION TO UNSEAL *ALEKSICH* COURT FILINGS** <br><br><br><br> ORAL ARGUMENT REQUESTED |

Richard Barber hereby moves this Court to gain public access to the remaining sealed court filings in *Aleksich v. Remington Arms Co., Inc.* Mr. Barber's grounds for this Motion are set forth in the accompanying Brief in Support thereof.

Pursuant to Local Rule 7.1(c)(1), counsel for Mr. Barber has contacted the Aleksich family and counsel for Remington Arms Co., Inc. ("Remington") and E.I. DuPont de Nemours & Co. ("DuPont"). The Aleksiches do not oppose Mr. Barber's efforts to unseal the court record. *See* Declaration of Louis Aleksich, Richard Barber's Mot. to Intervene Ex. A (filed Oct. 21, 2011). Counsel for Remington and DuPont have indicated that they do intend to oppose the motions.

Respectfully submitted this 8th day of March, 2012.

/s/ William A. Rossbach
William A. Rossbach
ROSSBACH HART, P.C.

Amy Radon
Leslie A. Bailey
PUBLIC JUSTICE, P.C.
(Pro hac vice admissions pending)

Richard Ramler
RAMLER LAW OFFICE, P.C.

*Attorneys for Intervenor Richard Barber*

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2012, I served a true and accurate copy of the foregoing, RICHARD BARBER'S MOTION TO UNSEAL ALEKSICH COURT FILINGS, on the following counsel, by the method indicated below:

| | |
|---|---|
| Robert M. Carlson | [X] U.S. Mail |
| CORETTE POHLMAN & KEBE | [ ] Overnight Mail |
| 129 West Park Street | [ ] Hand Delivery |
| PO Box 509 | [ ] Facsimile |
| Butte, MT 59703 | [X] E-Mail |
| Louis Aleksich | [X] U.S. Mail |
| 1216 West Aluminum | [ ] Overnight Mail |
| Butte, MT 59701 | [ ] Hand Delivery |
| | [ ] Facsimile |
| | [X] E-Mail |

Respectfully submitted this 8th day of March, 2012.

   /s/ William A. Rossbach
William A. Rossbach
ROSSBACH HART, P.C.

*Attorney for Intervenor Richard Barber*