IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| LOUIS ALEKSICH, RAINELLE ALEKSICH and BRENT ALEKSICH,<br><br>    Plaintiffs,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, INC. and E. I. DuPONT DE NEMOURS AND COMPANY,<br><br>    Defendants. | Case No. CV-91-5-BU-RFC |

## DECLARATION OF RICHARD RAMLER

I, RICHARD RAMLER, hereby declare as follows:

1. I am a resident of Gallatin County, Montana, and am over 18 years of age.

2. I am competent to testify to the matters set forth herein based on my own personal knowledge.

3. I am an attorney licensed to practice law in the State of Montana, and represent Richard Barber in this action. Richard Barber was granted intervenor status in this action by Order of this Court on February 7, 2012.

4. On February 27, 2012, this Court ruled *sua sponte* to unseal the court file, except for the documents specifically identified in Judge Hatfield's December 22, 1995 Order (hereinafter, the "December Order").

5. The December Order directed the Clerk of Court to <u>maintain</u> under seal "all documents, including the present Order, relating to the defendants' application for

1

order to show cause and for finding of contempt filed July 11, 1995 (specifically those documents commencing with the document enumerated No. 399 through 405, and including the present Order)."

6. I was contacted by one of Defendants' attorneys, Robert M. Carlson, after the entry of this Court's Order on February 27, 2012. Mr. Carlson informed me that in his opinion there was a typographical error in Judge Hatfield's December Order, that was carried over into this Court's Order on February 27, 2012. Mr. Carlson stated that the December Order referred to "defendants' application for order to show cause and for finding of contempt filed July 11, 1995", but that defendants' application for order to show cause and for finding of contempt was actually filed on July 5, 1995. As a result, Mr. Carlson stated that he believed that the documents that should remain under seal were Documents Nos. 390 – 406 and 410, rather than Document Nos. 399 – 406 and 410.

7. I agreed on behalf of Mr. Barber not to access Documents Nos. 390 – 398 in the court file pending further Order of this Court.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th Day of March, 2012.

_____
Richard Ramler

SUBSCRIBED AND SWORN TO before me a notary public for the State of Montana

2

this 7th day of March, 2012.

*Cheryl L. Woodland*
Cheryl L. Woodard
Notary Public for the State of Montana
Residing at: Bozeman, MT
My commission expires: 11/19/2013

CHERYL L. WOODLAND
NOTARY PUBLIC for the
State of Montana
Residing at Bozeman, MT
My Commission Expires
November 19, 2013

3