**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| LOUIS ALEKSICH, RAINELLE ALEKSICH, and BRENT ALEKSICH, <br><br> Plaintiffs, <br><br> RICHARD BARBER, <br><br> Intervenor, <br><br> vs. <br><br> REMINGTON ARMS CO., INC., and E. I. DuPONT DE NEMOURS & CO., <br><br> Defendants. | Cause No. CV-91-5-BU-PGH <br><br><br> **PROPOSED ORDER GRANTING RICHARD BARBER'S MOTION TO UNSEAL *ALEKSICH* COURT FILINGS** |

Based upon the motion and brief of Richard Barber to gain public access to the remaining sealed court filings in *Aleksich v. Remington Arms Co., Inc.*, and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion to unseal is GRANTED, and the remaining sealed court filings in *Aleksich v. Remington Arms Co., Inc.* shall be unsealed.

DATED this ___ day of March, 2012.

_____
United States District Judge

cc:   William A. Rossbach
      Amy Radon
      Leslie A. Bailey
      Richard Ramler
      Robert M. Carlson
      Louis Aleksich

1