# EXHIBIT B

Robert M. Carlson
CORETTE POHLMAN ALLEN BLACK & CARLSON
P. O. Box 509
Butte, Montana  59703
(406) 723-3205
    Attorneys for Defendant E.I. DUPONT DE NEMOURS AND COMPANY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

LOUIS ALEKSICH, RAINELLE ALEKSICH,
and LOUIS ALEKSICH, guardian ad litem
for BRENT ALEKSICH, a minor,

              Plaintiffs,           No. CV-91-5-BU-PGH

    v.

REMINGTON ARMS CO., INC.,
and E.I. DUPONT DE NEMOURS
AND COMPANY,

              Defendants.

### STIPULATION FOR DISMISSAL

The parties, through their respective attorneys, informed the Court of the settlement that has been reached in this action and stipulate as to the following matters in connection with that settlement:

    1.    The Release executed in connection with the settlement includes a confidentiality provision which provides as follows:

> The parties to this agreement acknowledge that the amount, terms, and conditions of this settlement are to be confidential and shall not be publicly disclosed by them or their representatives to anyone for any purpose, except a party may disclose such information as required by an order of the United States District Court for the District of Montana, Butte Division. In the event there is a disclosure by order of court, the parties agree the information contained in this release will be

73



protected from further dissemination by an appropriate protective order. The parties further agree that the court may approve the settlement, may order its conditions to be performed, and may specify those sanctions which will be imposed upon breach of confidentiality of this release.

2. In the event of a violation of the confidentiality agreement or the Order effectuating the agreement, the Court shall find the violating party in contempt and levy such fine or sanction as appropriate to the type and manner of the information disclosed.

3. The parties stipulate and agree, through their respective counsel, that the claims in the above-entitled action be dismissed with prejudice as fully and finally compromised, with no costs taxed or awarded by the Court.

DATED: April 24, 1995

BURGESS, JOYCE & WHELAN
2801 S. Montana
Butte, MT 59701

WOOLSEY, FISHER, WHITEAKER
& McDONALD

By _Richard C. Miller_
300 S. Jefferson Ave.
P.O. Box 1245
Springfield, MO 65801

Attorneys for Plaintiffs

2

74

Dated: April 25th, 1995

LUCAS & MONAGHAN, P.C.
P.O. Box 728
Miles City, MT 59301

BRYAN CAVE

By _____
1200 Main Street
P.O. Box 419914
Kansas City, MO 64141-6914

Attorneys for Defendant,
REMINGTON ARMS COMPANY, INC.,
now known as SPORTING GOODS
PROPERTIES, INC.

DATED: April 28th, 1995

CORETTE POHLMAN ALLEN BLACK
& CARLSON

By _____
129 W. Park
P.O. Box 509
Butte, MT 59703

Attorneys for Defendant,
E.I. DUPONT DE NEMOURS & CO.

3