# EXHIBIT C

Robert M. Carlson
CORETTE POHLMAN BLACK CARLSON MICKELSON & JOHNSTON
P. O. Box 509
Butte, Montana  59703
(406) 723-3205
   Attorneys for Defendant E.I. DUPONT DE NEMOURS AND COMPANY

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

| | |
|---|---|
| LOUIS ALEKSICH, RAINELLE ALEKSICH, and LOUIS ALEKSICH, guardian ad litem for BRENT ALEKSICH, a minor,<br><br>           Plaintiffs/Appellees,<br>     v.<br><br>REMINGTON ARMS CO., and E.I. DUPONT DE NEMOURS AND COMPANY,<br>           Defendants/Appellants. | USCA No. _____<br><br>USDC No. CV-91-5-BU-PGH |

---

### APPELLANT'S MOTION TO FILE DOCUMENTS UNDER SEAL

---

COMES NOW appellant E.I. DuPont De Nemours and Company (DuPont), by and through its counsel of record, Corette Pohlman Black Carlson Mickelson & Johnston, and hereby moves this Court for an Order requiring that all documents filed pursuant to this appeal, including but not limited to the transcript, civil appeals docketing statement and attachments, the various district court orders, and the parties' briefs, exhibits, and excerpts of record be filed with this Court under seal and be kept confidential during the pendency of this appeal. DuPont further requests that any argument or hearing in this matter be kept confidential.

DATED this 24th day of January, 1996.

CORETTE POHLMAN BLACK CARLSON
MICKELSON & JOHNSTON

By *Robert W Carl*
P.O. Box 509
Butte, MT 59701
Attorneys for Defendant,
E.I. DUPONT DE NEMOURS & CO.

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was duly served by mail upon attorneys of record at their address or addresses this 24th day of January, 1996.

Mr. William P. Joyce
Burgess, Joyce & Whelan
2801 South Montana Street
Butte, Montana 59701

Mr. Richard C. Miller
Monsees, Miller & DeFeo, P.C.
Attorneys at Law
300 South Jefferson, Suite 600
Springfield, MO 65806

Mr. A. Lance Tonn
Lucas & Monaghan, P.C.
Attorneys at Law
P. O. Box 728
Miles City, MT 59301

Mr. John W. Shaw
Bryan, Cave LLP
3500 One Kansas City Place
1200 Main Street
P.O. Box 419914
Kansas City, MO 64141-6914

Mr. Paul S. Diamond
Packard Bldg., 14th Floor
111 South 15th Street
Philadelphia, PA 19102

CORETTE POHLMAN BLACK CARLSON
MICKELSON & JOHNSTON

By *Sharon Shurtliff*

Robert M. Carlson
CORETTE POHLMAN BLACK CARLSON MICKELSON & JOHNSTON
P. O. Box 509
Butte, Montana  59703
(406) 723-3205
    Attorneys for Defendant E.I. DUPONT DE NEMOURS AND COMPANY

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| LOUIS ALEKSICH, RAINELLE ALEKSICH, and LOUIS ALEKSICH, guardian ad litem for BRENT ALEKSICH, a minor,<br><br>             Plaintiffs/Appellees,<br>v.<br><br>REMINGTON ARMS CO., and E.I. DUPONT DE NEMOURS AND COMPANY,<br><br>             Defendants/Appellants. | USCA No. _____<br><br>USDC No. CV-91-5-BU-PGH |

### MEMORANDUM IN SUPPORT OF DUPONT'S MOTION TO FILE UNDER SEAL

COMES NOW defendant E.I. Dupont De Nemours and Company (DuPont) and submits this memorandum in support of its motion for an Order filing all documents relating to this appeal under seal.

This is an appeal from a Memorandum and Order of the district court dated December 22, 1995, denying appellants DuPont and Remington's application for sanctions. Appellants moved for sanctions arguing that Richard C. Miller, counsel for appellees, had violated the district court's Order dated May 11, 1995, sealing the record in this case and requiring that the proceedings be kept confidential.

DuPont respectfully submits that maintaining this seal of confidentiality is important to protect the interests of appellants in this matter. These interests were initially protected through the district court's Order of May 11, 1995. The purpose of appellants'

application for sanctions was to enforce the protection granted by the district court's Order.

Based on the foregoing and the record to date in the district court, DuPont respectfully requests that this Court issue an Order requiring that all documents filed with the Court relating to this appeal be kept confidential and maintained under seal and that any hearing or argument held in this matter be confidential.

DATED this 24th day of January, 1996.

CORETTE POHLMAN BLACK CARLSON<br>
MICKELSON & JOHNSTON

By _____
P.O. Box 509
Butte, MT  59701

Attorneys for Defendant,
E.I. DUPONT DE NEMOURS & CO.

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was duly served by mail upon attorneys of record at their address or addresses this 24th day of January, 1996.

Mr. William P. Joyce
Burgess, Joyce & Whelan
2801 South Montana Street
Butte, Montana  59701

Mr. Richard C. Miller
Monsees, Miller & DeFeo, P.C.
Attorneys at Law
300 South Jefferson, Suite 600
Springfield, MO  65806

Mr. A. Lance Tonn
Lucas & Monaghan, P.C.
Attorneys at Law
P. O. Box 728
Miles City, MT  59301

Mr. John W. Shaw
Bryan, Cave LLP
3500 One Kansas City Place
1200 Main Street
P.O. Box 419914
Kansas City, MO  64141-6914

Mr. Paul S. Diamond
Packard Bldg., 14th Floor
111 South 15th Street
Philadelphia, PA  19102

                              CORETTE POHLMAN BLACK CARLSON
                                   MICKELSON & JOHNSTON

                     By _Sharon Shurtliff_____
                           P.O. Box 509
                           Butte, MT  59701