# EXHIBIT D

FEB 20 1996

**FILED**

FEB 15 1996

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LOUIS ALEKSICH, et al.,                         )   No. 96-35070
                                                )
      Plaintiffs/Appellees,                     )
                                                )   DC# CV-91-00005-PGH
vs.                                             )   Montana (Great Falls)
                                                )
REMINGTON ARMS CO., et al.,                     )
                                                )
      Defendants/Appellants.                    )   ORDER
                                                )

Before: Peter L. Shaw, Appellate Commissioner

    Appellants' motion for leave to file all documents in this case under seal is granted.

    All documents submitted to this court must be sealed in envelopes with the court of appeals docket number, case title, and the name of the document typed on the outside.

    The civil appeals docketing statement previously submitted shall also be filed under seal.

    Briefing remains as set in the January 22, 1996 scheduling order.

*Peter L. Shaw*
General Order 6.3(e)

promo commissioner 2.13.96/3