# EXHIBIT E

**FILED**

UNITED STATES COURT OF APPEALS    MAR 14 1996

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LOUIS ALEKSICH, et al., ) | No. 96-35070 |
| ) | |
| Plaintiffs/Appellees, ) | |
| ) | DC# CV-91-00005-PGH |
| vs. ) | Montana (Great Falls) |
| ) | |
| REMINGTON ARMS CO., et al., ) | |
| ) | |
| Defendants/Appellants. ) | ORDER |

Before: GOODWIN WIGGINS and O'SCANNLAIN, Circuit Judges

Appellees' late response to the motion for leave to file documents in this court under seal is construed as a motion for reconsideration of the court's February 15, 1996 order. So construed, the motion is denied.

pro 3.4.96/3