# EXHIBIT F

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| THOMAS DEAN HULL, JR., | No. CV-10-05010 BHS |
|---|---|
| Plaintiff, | SPECIAL VERDICT FORM |
| vs. | |
| REMINGTON ARMS COMPANY, INC., | |
| Defendant. | |

We, the jury, answer the questions submitted by the court as follows:

QUESTION 1: Did the defendant supply a product that was not reasonably safe as designed at the time the product left its control?

ANSWER: _No_ (Write "yes" or "no")

(INSTRUCTION: If you answered "no" to Question 1, do not answer any more questions and sign this verdict form. If you answered "yes" to Question 1, answer Question 2.)

QUESTION 2: Did the defendant fail to provide adequate warnings or instructions after the product was manufactured?

ANSWER: _____ (Write "yes" or "no")

(INSTRUCTION: Answer Question 3.)

QUESTION 3: Was the unsafe condition of the product or failure to provide adequate warnings or instructions after the product was manufactured a proximate cause of the injury or damage to the plaintiff?

ANSWER: _____ (Write "yes" or "no")

(INSTRUCTION: If you answered "no" to Question 3, do not answer any more questions and sign this verdict form. If you answered "yes" to Question 3, answer Question 4.)

QUESTION 4: Was Joseph (Alex) Sotomayor negligent?

ANSWER:  Yes_____  No_____

_____  _____

(INSTRUCTION: If you answered "no" to Question 4, skip Question 5 and answer Question 6. If you answered "yes" to Question 4, answer Question 5.)

QUESTION 5: If you found that Joseph (Alex) Sotomayor was negligent, was the sole proximate cause of the injury an independent intervening cause of Remington that Mr. Sotomayor, in the exercise of reasonable care, could not reasonably have anticipated?

ANSWER:  Yes_____  No_____

_____  _____

(INSTRUCTION: If you answered "Yes" to Question 5, skip Question 6, and answer Question 7. If you answered "No" to Question 5, answer Question 6.)

QUESTION 6: Was Joseph (Alex) Sotomayor's negligence a proximate cause of damage to the plaintiff?

ANSWER:  Yes_____  No_____

_____  _____

(INSTRUCTION: Answer Question 7.)

QUESTION 7: What do you find to be the plaintiff's amount of damages?

ANSWER:

(a) Past Economic Damages              $_____

(b) Noneconomic Damages                $_____

(INSTRUCTION: If you answered Question 7 with any amount of money and if you answered Question 6 "yes", answer Question 8. Otherwise, sign this verdict form.)

QUESTION 8: Assume that 100% represents the total combined fault that proximately caused the Plaintiff's injuries. What percentage of this 100% is attributable to the unsafe

condition of the defendant's product, or failure to provide adequate warnings or instructions after the product was manufactured, and what percentage of this 100% is attributable to Joseph (Alex) Sotomayor, if in Question 6 you found his negligence to be a proximate cause of Plaintiff's injuries? Your total must equal 100%.

| ANSWER: | Percentage |
|---|---|
| To defendant's product: | ____% |
| To Joseph (Alex) Sotomayor: | ____% |
| TOTAL: | 100% |

*(INSTRUCTION: Sign and return this verdict.)*

DATE: 4-19-11

_____
Presiding Juror