IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LOUIS ALEKSICH, RAINELLE ALEKSICH, and BRENT ALEKSICH, <br><br> Plaintiffs, <br><br> RICHARD BARBER, <br><br> Intervenor, <br><br> vs. <br><br> REMINGTON ARMS CO., INC., and E. I. DuPONT DE NEMOURS & CO., <br><br> Defendants. | Cause No. CV-91-5-RFC <br><br> **FILED** <br> MAR 30 2012 <br> PATRICK E. DUFFY  CLERK <br> BY_____ <br> Deputy Clerk <br> U.S. DISTRICT COURT <br> BILLINGS DIVISION <br><br> **ORDER FOR ADMISSION** <br> ***PRO HAC VICE*** <br> **OF LESLIE A. BAILEY** |

William A. Rossbach, counsel for Intervenor, Richard Barber, moves for the admission of Leslie A. Bailey to practice before this Court *pro hac vice*. Ms. Bailey's application appears to be in order. Accordingly,

**IT IS HEREBY ORDERED** the motion to admit Leslie A. Bailey *pro hac vice* (*Doc. 430*) is granted on the condition that Ms. Bailey do her own work. This means Ms. Bailey must do her own writing, sign her own pleadings, motions and briefs, and appear and participate personally. Counsel shall remain mindful of the requirements of Local Rule 83.1(d)(5) as nothing in this Order abrogates those duties.

DATED this 30 day of March, 2012.

Hon. Richard F. Cebull
United States District Judge