IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
MAR 30 2012
PATRICK E. DUFFY  CLERK
BY _____
Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

| | |
|---|---|
| LOUIS ALEKSICH, RAINELLE ALEKSICH, and BRENT ALEKSICH, <br><br> Plaintiffs, <br><br> RICHARD BARBER, <br><br> Intervenor, <br><br> vs. <br><br> REMINGTON ARMS CO., INC., and E. I. DuPONT DE NEMOURS & CO., <br><br> Defendants. | Cause No. CV-91-5-RFC <br><br><br><br><br> **ORDER FOR ADMISSION** <br> *PRO HAC VICE* <br> **OF AMY RADON** |

William A. Rossbach, counsel for Intervenor, Richard Barber, moves for the admission of Amy Radon to practice before this Court *pro hac vice*. Ms. Radon's application appears to be in order. Accordingly,

**IT IS HEREBY ORDERED** the motion to admit Amy Radon *pro hac vice* (*Doc. 429*) is granted on the condition that Ms. Radon do her own work. This means Ms. Radon must do her own writing, sign her own pleadings, motions and briefs, and appear and participate personally. Counsel shall remain mindful of the requirements of Local Rule 83.1(d)(5) as nothing in this Order abrogates those duties.

DATED this 30 day of March, 2012.

_____
Hon. Richard F. Cebull
United States District Judge