IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

**FILED**
AUG 07 2012
PATRICK E. DUFFY CLERK
BY_____
Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

| | |
|---|---|
| LOUIS ALEKSICH, RAINELLE ALEKSICH and BRENT ALEKSICH, </br></br>Plaintiffs,</br></br>vs.</br></br>REMINGTON ARMS CO., INC., and E. I. DuPONT DE NEMOURS & CO.,</br></br>Defendants. | CV-91-05-BU-SHE</br></br>ORDER AMENDING ORDER DATED FEBRUARY 27, 2012 (DOC. 425) |

In reviewing the briefing on Intervenor Richard Barber's Motion to Unseal *Aleksich* Court Filings, (doc. 426) it has become apparent that documents 390-398 should also be sealed pursuant to Judge Hatfield's December 22, 1995 Order (doc. 406), at least until the Court rules on Barber's pending motion to unseal. On February 27, 2012, this Court undertook a review of the file and determined that the majority of the file should not remain sealed because Judge Hatfield has rescinded a previous order (doc. 389) directing that the entire case be sealed and listed the precise documents that should be sealed. Doc. 425.

Upon further review and after being advised of the error, it appears that Judge Hatfield's December 22, 1995 Order contained a typographical error in the final paragraph. Although he specifically directed that documents "No. 399 to

1

405, and including the present order" remain sealed, his earlier, more specific reference to "all documents, including the present Order, relating to the defendant's application for order to show cause and for finding of contempt filed July 11, 1995" makes clear that he intended that documents 390-406 be sealed, in addition to any official court transcripts. *Id.* Accordingly, this Court's February 27, 2012 Order unsealing most of the file should have directed that the file should be unsealed except for documents 390-406 and 410, rather than 399-406 and 410.

For those reasons, **IT IS HEREBY ORDERED** that the final paragraph of this Court's February 12, 2012 Order (doc. 425) is amended to the extent that documents 390-406 and 410 are sealed pending further Order of this Court.

The Clerk of Court is directed to ensure that documents 390-398 are sealed and notify the parties of the entry of this Order.

Dated this 6th day of August, 2012.

Richard F. Cebull
United States District Judge